IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONNA ATKINS                                                                                    PLAINTIFF

v.                                              Case No. 1:08-cv-1061

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                                 DEFENDANT

### ORDER

For reasons stated in a memorandum opinion of this date, I hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** this **7th day of October, 2008.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE